IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN EDWARD BARKER,<br><br>Defendant. | CR 04-82-BLG-SPW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

Before the Court is Defendant Brian Edward Barker's Motion for Early Termination of Supervised Release. (Doc. 343). The Government opposes the Motion. (Doc. 345). The Court held a hearing on May 20, 2026.

Under 18 U.S.C. § 3583(e)(1), a court may terminate a term of supervision after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The district court has broad discretion in determining whether early termination is appropriate. *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014).

In evaluating a request for early termination, courts must consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3583(e). These include:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) deterrence; (3) protection of the public; (4) the need to provide the defendant with educational, vocational training, medical care or other rehabilitation; (5) the sentence and sentencing range established for the category of

1

defendant; (6) any pertinent policy statement by the Sentencing Commission; (7) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (8) the need to provide restitution to any victims of the offense.

*United States v. Smith*, 219 F. App'x 666, 667 n.3 (9th Cir. 2007) (citing 18 U.S.C. § 3553(a)).

In light of the § 3553(a) factors and for the reasons stated on the record, the Court finds that early termination of Barker's supervised release is warranted.

Accordingly, IT IS HEREBY ORDERED that Defendant Brian Edward Barker's Motion for Early Termination of Supervised Release (Doc. 343) is GRANTED. Brian Edward Barker's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

DATED this _20th_ day of May, 2026.

SUSAN P. WATTERS
United States District Judge

2